UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 18-23017-CIV-RNS

| | |
|---|---|
| DANILO RIGOBERTO BUESO and all others similarly situated under 29 U.S.C. 216(b), | )<br>)<br>) |
| Plaintiff, | )<br>) |
| vs. | )<br>) |
| SH 3, LTD d/b/a FARO BLANCO RESORT & YACHT CLUB., SPOTTSWOOD MANAGEMENT, INC, ROBERT ASPOTTSWOOD, | )<br>)<br>)<br>) |
| Defendants. | )<br>)<br>) |

## PLAINTIFF'S STATEMENT OF CLAIM

Now comes the Plaintiff, by and through the undersigned, and files the above-described

Statement of Claim as follows:

**Time-And-A-Half Overtime Claim (1/10/17-6/10/18):**
Amount of Time-And-A-Half Overtime per hour not compensated: $30.29
Weeks: 74 (rounded up)
Overtime hours per week: 30
Total overtime wages unpaid and liquidated damages: $67,243.80 X 2 = $134,487.60, *exclusive of* **attorneys' fees and costs**

**Unpaid Wages Claim**
Unused PTO/Vacation Hours: 208.50
Amount of Time per hour not compensated: $17.00
Total unpaid wages and liquidated damages: $3,544.50, *exclusive of* **attorneys' fees and costs**


\* Plaintiff seeks all fees and costs under the FLSA. The above calculations do not account for fees and costs under the FLSA sought by Plaintiff.
\*\* Plaintiff reserves the right to seek *additional* time-and-one-half damages for any completely unpaid overtime hours should the facts adduced in discovery justify same.
\*\*\* Counts II-III of Plaintiff's Complaint include claims for Unpaid Wages under F.S. § 448.08 and Unjust Enrichment against Defendants, jointly and severally. Plaintiff seeks all damages in

Counts II-III including attorney's fees, costs, as well as all other damages recoverable by law under same. Same is not included in the above calculations.

                Respectfully submitted,

                J. H. ZIDELL, P.A.
                ATTORNEYS FOR PLAINTIFF
                300-71ST STREET, SUITE 605
                MIAMI BEACH, FLORIDA 33141
                305-865-6766
                305-865-7167

                By:_s/ Rivkah F. Jaff, Esq. ___
                    Rivkah F. Jaff, Esquire
                    Florida Bar No.: 107511

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY THAT A TRUE AND CORRECT COPY OF THE FOREGOING WAS PROVIDED VIA CM/ECF ON 7/26/18 TO:**

**ALL CM/ECF RECIPIENTS**

   **BY:_____/s/ Rivkah F. Jaff_____
      RIVKAH F. JAFF, ESQ.**