UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 1:18-cv-23017-RNS

DANILO RIGOBERTO BUESO,

    Plaintiff,

vs.

SH 3, LTD d/b/a FARO BLANCO RESORT
& YACHT CLUB,
SPOTTSWOOD MANAGEMENT, INC.,
ROBERT A. SPOTTSWOOD,

    Defendants.

_____/

## DEFENDANTS' RESPONSE TO PLAINTIFF'S STATEMENT OF CLAIM

Defendants, SH 3, LTD d/b/a FARO BLANCO RESORT & YACHT CLUB ("Faro Blanco"); SPOTTSWOOD MANAGEMENT, INC. ("SMI"); and ROBERT A. SPOTTSWOOD ("Spottswood") (collectively, "Defendants"), by and through their undersigned counsel and pursuant to this Court's Order (Doc. 6), hereby respond to Plaintiff's Statement of Claim (Doc. 7) as follows:

    1.    Neither Faro Blanco nor Spottswood was ever Bueso's "employer" under the Fair Labor Standards Act (the "FLSA"), and thus neither Faro Blanco nor Spottswood can be held liable for Bueso's allegations.

    2.    To the extent that any or all of Defendants were Bueso's employer, Defendants are not liable under the FLSA because at all times relevant to the instant matter, they properly paid Bueso for all hours worked in accordance with the FLSA.

    3.    At certain times relevant to Bueso's Complaint, he was properly classified as an employee exempt from the FLSA's overtime provisions.  When classified as a non-exempt

employee, Bueso was properly paid overtime for all hours worked in excess of forty in every given workweek.

4. Without admitting any liability or wrongdoing, Defendants' actions were not willful violations of the FLSA.

5. Bueso has plead no viable theory of recovery in regards to his claim for PTO pay.

6. Defendants have paid Bueso all monies due for any accrued but unused PTO under their policies and procedures.

7. The defenses provided in this Response to Plaintiff's Statement of Claim are not an exhaustive or wholly inclusive list of all defenses Defendants intend to assert. *See generally* Defendant Faro Blanco's and Defendant SMI's Answer and Defenses to Plaintiff's Complaint (Doc. 9). Defendants reserve the right to raise any and all defenses available to them under the law, and do not waive any right to raise such defenses in the future.

Dated: September 18, 2018

Respectfully submitted,

s/James W. Seegers
Florida Bar No.: 0122531
Primary E-mail: jseegers@bakerlaw.com
Secondary E-mail: dmanser@bakerlaw.com
Mary Caroline Cravatta, Esq.
Florida Bar No. 0125712
Primary E-mail: mcmiller@bakerlaw.com
Secondary E-mail: jnenstiel@bakerlaw.com
**BAKER & HOSTETLER LLP**
SunTrust Center, Suite 2300
200 S. Orange Ave.
Orlando, Florida 32801
Telephone: (407) 649-4000
Facsimile: (407) 841-0168

***Attorneys for Defendants***

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on September 18, 2018, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send a notice of electronic filing to:

J.H. Zidell, Esq,
zabogado@aol.com
J.H. ZIDELL, P.A.
300 71ST Street, Suite 605
Miami Beach, Florida 33141

*Attorney for Plaintiff*

                                                             *s/James W. Seegers*
                                                             James W. Seegers