UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 1:18-cv-23017-RNS

DANILO RIGOBERTO BUESO,

    Plaintiff,

vs.

SH 3, LTD d/b/a FARO BLANCO RESORT
& YACHT CLUB,
SPOTTSWOOD MANAGEMENT, INC.,
ROBERT A. SPOTTSWOOD,

    Defendants.

_____/

### DEFENDANT FARO BLANCO'S AND DEFENDANT SMI'S CORPORATE DISCLOSURE STATEMENT

Pursuant to Federal Rule of Civil Procedure 7.1, Defendant, SH 3, LTD d/b/a FARO BLANCO RESORT & YACHT CLUB ("Faro Blanco "), by and through its undersigned counsel, states that no parent corporation or publicly held corporation owns 10% or more of its stock.

Also pursuant to Federal Rule of Civil Procedure 7.1, Defendant, SPOTTSWOOD MANAGEMENT, INC. ("SMI"), by and through its undersigned counsel, states that it is wholly owned by Spottswood Companies, Inc.

Dated:  September 20, 2018.

    Respectfully submitted,

    *s/James W. Seegers*
    James W. Seegers, Esq.
    Florida Bar No. 122531
    Primary E-Mail: jseegers@bakerlaw.com
    Secondary E-Mail: dmanser@bakerlaw.com
    Mary Caroline Cravatta, Esq.
    Florida Bar No. 012571
    Primary E-Mail: mcmiller@bakerlaw.com

        Secondary E-mail: jnenstiel@bakerlaw.com
**BAKER & HOSTETLER LLP**
200 South Orange Avenue
SunTrust Center, Suite 2300
P.O. Box 112
Orlando, FL  32802-0112
Telephone:  (407) 649-4000
Facsimile:  (407) 841-0168

*Attorneys for Defendants*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on September 20, 2018, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send a notice of electronic filing to counsel of record for Plaintiff.

        *s/James W. Seegers*
        James W. Seegers